**Russell ROBINSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42508.**

Missouri Court of Appeals,
Western District.

July 17, 1990.

William J. Stewart, Bolivar, for appellant.

William L. Webster, Atty. Gen., Stewart M. Freilich, Asst. Atty Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

PER CURIAM.

ORDER

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Affirmed.   Rule 84.16(b).